Valentine Towers, LLC v Torres (2021 NY Slip Op 50469(U))

[*1]

Valentine Towers, LLC v Torres

2021 NY Slip Op 50469(U) [71 Misc 3d 138(A)]

Decided on May 24, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on May 24, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Higgitt, J.P., Brigantti, Hagler, JJ.

570014/21

Valentine Towers, LLC,
Petitioner-Landlord-Appellant, 
against
Michelle Torres, Respondent-Tenant-Respondent, and "John Doe" and
"Jane Doe," Respondents-Undertenants.

Landlord appeals from an order of the Civil Court of the City of New York, Bronx County
(Brenda S. Spears, J.), dated September 13, 2019, which granted tenant's motion, pursuant to
CPLR 3211(a)(7), to dismiss the petition in a holdover summary proceeding.

Per Curiam.
Order (Brenda S. Spears, J.), dated September 13, 2019, affirmed, with $10 costs.
This holdover proceeding, premised upon allegations that the rent stabilized tenant breached
her lease by failing to maintain her Section 8 benefits (see generally Rosario v Diagonal
Realty, LLC, 8 NY3d 755 [2007], cert denied 552 US 1141 [2008]), was
dismissed by Civil Court for failure to state a cause of action pursuant to CPLR 3211(a)(7). We
affirm, but for different reasons. At oral argument on this appeal, both parties informed us that
tenant's Section 8 subsidy was reinstated after Civil Court rendered its order. In the
circumstances, the eviction remedy sought by landlord does not lie (see 53-63 Partners, L.P. v Paez, 63
Misc 3d 158[A], 2019 NY Slip Op 50851[U] [App Term, 1st Dept 2019]). It is unnecessary
to reach any other issue because we do not view the underlying order as dismissing the holdover
petition on the merits for res judicata purposes (see Pereira v St. Joseph's Cemetery, 78 AD3d 1141, 1142
[2010]).
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the Court
Decision Date: May 24, 2021